S. SNAIDER & Co., INC., Appellant, v. DANIEL ALLEN, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

CHARLES H. STOLL, Appellant, v. ELWOOD A. CURTIS, Respondent.— Order denying plaintiff's motion to strike out the defense in paragraph fifth and the partial defense in paragraph sixth reversed on the law, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs, with leave to plead over in ten days from the entry of the order herein, on authority of Lynde v. Curtis (ante, p. 795), decided herewith. Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ., concur.

FRIEDA VALENTINE and ALFRED VALENTINE, Respondents, v. HOWARD CAVANAUGH, Appellant.— Order consolidating actions affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.

STEPHEN S. WISSER, Appellant, v. RICHARD SULLIVAN, Respondent.— Order directing service of a bill of particulars modified by striking out item 2 and by inserting in place thereof the following: " 2. Whether the accident happened at a street crossing, and, if so, which street crossing. If the accident happened between street crossings, state which street crossings." As so modified, the order, in so far as appealed from, is affirmed, without costs. The particulars may be served within ten days from the entry of the order herein. No opinion. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.

ROSE L. MARVIN, Respondent, v. KLIN Co., INC., and Others, Defendants, Impleaded with MITCHELL G. ITTELSON, Appellant. (Appeal No. 1.) — Order denying motion to dismiss complaint for insufficiency affirmed, with ten dollars costs and disbursements. No opinion. Young, Hagarty, Carswell and Scudder, JJ., concur; Kapper, J., not voting.